UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-157-1BO

UNITED STATES OF AMERICA,  :
                           :
        v.                 :   ORDER TO REASSIGN
                           :
GEORGE BELL, JR.           :

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to the Senior Judge James C. Fox.

SO ORDERED.

This the __1__ day of July, 2011.

                            _____
                            TERRENCE W. BOYLE
                            United States District Court Judge