IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:11-CR-157-BO

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| ) | **REASSIGNMENT ORDER** |
| **vs.** ) | |
| ) | |
| **George Bell, Jr.** ) | |
| ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable James C. Fox, Senior U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **5:11-CR-157-F.**

SO ORDERED, this the 6th day of July, 2011.

                                        /s/ Dennis P. Iavarone
                                           Clerk of Court