UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:11-CR-157-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GEORGE BELL, JR. | ) | |
|     Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Monday, March 12, 2012, in Wilmington. The case is hereby CONTINUED to the April 9, 2012, term of court in Wilmington, North Carolina.

This 22nd day of February, 2012.

_____
James C. Fox
Senior U.S. District Judge